UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
SAMANTHA D. RAJAPAKSE, :
 :
                Plaintiff, : No. 20 Civ. 10473 (VEC) (OTW)
 :
     -against- : **ORDER**
 :
SEYFARTH SHAW, et al., :
 :
                Defendant. :
 :
---------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Pursuant to the instructions given at the June 8, 2021 telephonic conference, discovery in this action is **STAYED** pending a decision on Defendants' motion to dismiss. (*See* ECF 42 at 10-11). The Court does not currently require briefing responding to "Plaintiff's Motion Showing Related Damages Amend Complaint" [sic] (ECF 34) or "Plaintiff's Motion for Summary Judgment" (ECF 39-40).

The Clerk of Court is respectfully directed to close ECF 47 and mail of copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                         *s/ Ona T. Wang*

Dated: June 28, 2021                             **Ona T. Wang**
      New York, NY                       United States Magistrate Judge