```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
SAMANTHA D. RAJAPAKSE,

        Plaintiff,

  -against-

SEYFARTH SHAW; ROBERT SZYBA, PARTNER; CARLA LANIGAN, COUNSEL,

        Defendants.
------------------------------------------------------- X

Civil Action No. 20-CV-10473-VEC-OTW

**ORDER OF ATTORNEY WITHDRAWAL**

**IT IS HEREBY ORDERED THAT** Gina Merrill, an attorney with the law firm of Seyfarth Shaw LLP, is hereby withdrawn as counsel for Defendants Seyfarth Shaw LLP, Robert Szyba and Carla Lanigan. Lisa L. Savadjian of Seyfarth Shaw LLP still remains as counsel for Defendants Seyfarth Shaw LLP, Robert Szyba and Carla Lanigan. The clerk is hereby directed to remove Ms. Gina Merrill from the Court docket and designate her status as terminated.

75800852v.1

Dated: New York, New York
October 5, 2021

SEYFARTH SHAW LLP

By: */s/ Gina Merrill*
    Gina Merrill
    gmerrill@seyfarth.com
    Lisa Savadjian
    lsavadjian@seyfarth.com
    620 Eighth Avenue
    New York, New York  10018
    Telephone:  (212) 218-5500
    Facsimile:  (212) 218-5526

*Attorneys for Defendants Seyfarth Shaw, Robert Szyba And Carla Lanigan*

---

Application GRANTED.

The Clerk of Court is respectfully directed to terminate Gina Merrill as counsel for Defendant.

SO ORDERED.

*[signature]*  Date: October 5, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

75800852v.1