```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SAMANTHA D. RAJAPAKSE,                           :
                                                 :
                              Plaintiff,         :    20-CV-10473 (VEC) (OTW)
                                                 :
              -against-                          :    ORDER
                                                 :
SEYFARTH SHAW, et al.,                           :
                                                 :
                              Defendants.        :
                                                 :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff's motions dated December 11, 2021 (ECF 70) and December 14, 2021 (ECF 71) are **DENIED**. Both motions, which in substance ask Chief Judge Swain to overturn the interlocutory orders of the undersigned and Judge Caproni, were filed without leave from the undersigned. *See* ECF 63, 66, 67, 69; *see also* 28 U.S.C. § 1292.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                                                                            *s/ Ona T. Wang*

Dated: December 14, 2021                                   **Ona T. Wang**
        New York, NY                                       United States Magistrate Judge