**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SAMANTHA D. RAJAPAKSE,

                        Plaintiff,

            -against-

SEYFARTH SHAW; ROBERT SZYBA,
PARTNER; CARLA LANIGAN, COUNSEL,

                        Defendants.
-------------------------------------------------------------X

DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2022

20 **CIVIL** 10473 (VEC)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated March 23, 2022, that the R&R is adopted in full, Defendants' motion to dismiss is

GRANTED, and Plaintiff's claims are DISMISSED with prejudice. Plaintiff is DENIED leave to file a second

amended complaint for the reasons discussed in the R&R. Plaintiff is enjoined from filing any new civil actions

in this Court related to Defendants' representation of Equifax in Rajapakse v. Equifax Information, LLC, 20-

CV-00080 (N.D. Ga. July 26, 2021). Because the R&R gave the parties adequate warning, see R&R, Dkt. 74 at

22 (using bold font and capital letters), the failure to file any objections to the R&R precludes appellate review

of this decision. See Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties

receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation

operates as a waiver of further judicial review of the magistrate's decision."). Because appellate review is

precluded, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be

taken in good faith, and, therefore, permission to proceed in forma pauperis for purposes of appeal is denied;

accordingly, the case is closed.

**Dated:**  New York, New York

            March 23, 2022

                                    **RUBY J. KRAJICK**

                                    _____
                                    **Clerk of Court**
                        **BY:**
                                    X mango
                                    **Deputy Clerk**